E-FILED
Thursday, 24 August, 2006 09:09:31 AM
Clerk, U.S. District Court, ILCD

OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
CHRISTOPHER C. MORRISSETTE

(Name and Address of Defendant)

FILED
AUG 2 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

CRIMINAL COMPLAINT

Case Number: 06- 7219

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about December 21, 2005 (Date) in Kankakee County, in the Central District of Illinois defendant(s) did,

(Track Statutory Language of Offense)
knowingly and intentionally possess with the intent to distribute a controlled substance, namely approximately 29.4 grams of cocaine, a Schedule II Controlled Substance,

in violation of Title 21 United States Code, Section(s) 841(a)(1) .
I further state that I am a(n) Special Agent, KAMEG (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

s/Michael Lockwood
Signature of Complainant

Michael Lockwood
Printed Name of Complainant

Sworn to before me and signed in my presence,

8/23/2006 at Urbana Illinois
Date City State

David G. Bernthal U.S. Magistrate Judge
Name of Judge Title of Judge

s/David G. Bernthal
Signature of Judge

**STATE OF ILLINOIS** )
) **SS**
**COUNTY OF CHAMPAIGN** )

AFFIDAVIT

I, Special Agent Michael Lockwood, being duly sworn, hereby depose and state:

1. I am a Special Agent with the Illinois State Police assigned to the Kankakee Area Metropolitan Enforcement Group ("KAMEG"), and have been so employed for approximately seven years. Prior to joining the Illinois State Police, I was employed by the Kankakee County Sheriff's Department, County of Kankakee in the State of Illinois, for approximately eight years. In connection with my official KAMEG duties, I investigate criminal violations of the State of Illinois and federal narcotics laws, including but not limited to Title 21, United States Code, Sections 841, 843, 846, and 848. I have also been involved in various types of investigations, and in the debriefing of defendants, witnesses, informants and others who have knowledge of narcotics trafficking, and of the laundering and concealing of proceeds of drug trafficking defendants. I have received specialized training in the enforcement of laws concerning the activities of narcotics traffickers.

2. My experience includes participation in several investigations related to controlled substance violations either as a case agent or subsidiary role. I have debriefed numerous defendants, informants and witnesses who had personal knowledge regarding major narcotics trafficking organizations and I have participated in all aspects of drug investigations including undercover operations, conducting surveillance and conducting

court ordered interceptions of wire communications. I am familiar with and have participated in all of the normal methods of investigation including but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, undercover operations, and the interception of wire communications. Through my training and experience, I know that drug dealers converse in code during telephone conversations to avoid detection by law enforcement. I am familiar with narcotics trafficking methods of operation including communications, distribution, storage and transportation of narcotics, the collection of money which represents the proceeds of narcotics trafficking and money laundering in violation of Title 21, United States Code, Sections 841, 843, 846, 952, 960, 963 as well as Title 18, United States Code, Sections 1956.

3. The information set forth in this Affidavit is based upon my participation in this investigation, interviews of witnesses, review of law enforcement reports, my discussions with other law enforcement officers, and my experience and training. The recitation of facts contained in this Affidavit is not meant to be a complete narrative of all that has occurred in connection with this investigation, but is only a summary of facts necessary to show probable cause that CHRISTOPHER C. MORRISSETTE knowingly distributed cocaine, Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

4. On April 9, 2000, Joliet Police Department arrested MORRISSETTE for receiving and possessing stolen property, Burglary and Theft over $10,000. MORRISSETTE was sentenced to eight years to the Illinois Department of Corrections.

5. On March 1, 1998, Kankakee Police Department arrested MORRISSETTE for Theft under $300. MORRISSETTE was sentence to 30 months to the Illinois Department of Corrections.

6. On December 12, 1993, Darke County Sheriff's Department arrested MORRISSETTE for Burglary. MORRISSETTE was sentence to 30 days in the Darke County Jail.

7. On December 6, 1988, Kankakee Police Department arrested MORRISSETTE for Burglary. MORRISSETTE was sentenced to 3 years to the Illinois Department of Corrections.

8. On December 21, 2005, at approximately 2:20 pm, a confidential source, hereinafter referred to as "CS-3" contacted CHRISTOPHER MORRISSETTE's by cellular phone and made arrangements to purchase one ounce of powdered cocaine. CS-3 and his/her car were searched for money and drugs with negative results. CS-3 was provided with $750. Law enforcement agents thereafter followed CS-3 to the area of the Northfield Mall in Kankakee County, IL.

9. Once CS-3 arrived at the mall, he remained under the surveillance of law enforcement agents. While there, agents observed MORRISETTE arrive with another man in a separate vehicle. Agents observed MORRISSETTE get into CS-3's vehicle for a short period of time, exit that vehicle, and depart from the mall in the vehicle he arrived in.

10. Following the meeting with MORRISSETTE, CS-3 met with agents and provided them with what laboratory analysis confirmed was approximately 29.4 grams of powder cocaine. The drug transaction between CS-3 and MORRISSETTE was video recorded.

FURTHER AFFIANT SAYETH NOT.

s/Michael Lockwood

Michael Lockwood, Special Agent
Kankakee Area Metropolitan Enforcement Group

Subscribed and sworn to before me
this 23rd day of August 2006.

s/David G. Bernthal

DAVID G. BERNTHAL
United States Magistrate Judge