E-FILED
Tuesday, 29 August, 2006 03:38:22 PM
Clerk, U.S. District Court, ILCD

**FINANCIAL AFFIDAVIT**

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

LOCATION NUMBER

IN THE CASE OF

USA v.s. *MORRISSETTE*

FOR

AT

*AUG 29 2006*
*JOHN M. WATERS, Clerk*
*U.S. DISTRICT COURT*
*CENTRAL DISTRICT OF ILLINOIS*

| PERSON REPRESENTED (Show your full name) | | |
|---|---|---|
| | 1 ☐ Defendant—Adult | |
| | 2 ☐ Defendant - Juvenile | |
| | 3 ☐ Appellant | |
| | 4 ☐ Probation Violator | |
| | 5 ☐ Parole Violator | |
| CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor | 6 ☐ Habeas Petitioner | |
| | 7 ☐ 2255 Petitioner | |
| | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

DOCKET NUMBERS
Magistrate
*06-7219*
District Court
Court of Appeals

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☐ No ☒ Am Self-Employed *YES*

Name and address of employer: *Morrissette Anne Design*

IF YES, how much do you earn per month? $ *200 /MO*

IF NO, give month and year of last employment
How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

RECEIVED          SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

VALUE          DESCRIPTION

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them
*Kyle Fisher 14*

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) *8/29/06*

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)    X *s/ Defendant*