E-FILED
Friday, 01 September, 2006 02:11:50 PM
Clerk, U.S. District Court, ILCD

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

**SEALED**

UNITED STATES OF AMERICA
v.
CHRISTOPHER C. MORRISSETTE

**WARRANT FOR ARREST**

Case Number: 06- 7219

**FILED**
SEP 0 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   Christopher C. Morrissette
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

knowingly and intentionally possessing with the intent to distribute a controlled substance, namely 29.4 grams of cocaine, a Schedule II Controlled Substance,

[RECEIVED 2006 AUG 29 P 4:33 U.S. MARSHALS SERVICE]

in violation of Title   21   United States Code, Section(s)   841(a)(1)

David G. Bernthal
Name of Issuing Officer

s/David G. Bernthal
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

8/23/2006   Urbana, Illinois
Date and Location

Bond to be considered at initial appearance.

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Kankakee, IL

| DATE RECEIVED 08/25/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/28/06 | Bill Connahan, DEA s/a | [signature] |