E-FILED
Thursday, 21 September, 2006  02:21:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
SEP 2 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06-20060 |
| ) | Violations: Title 21, United |
| v. ) | States Code, Sections 841(a)(1) |
| ) | and 841(b)(1)(C) |
| CHRISTOPHER MORRISSETTE, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

On or about December 21, 2005, in the Central District of Illinois, the defendant,

**CHRISTOPHER MORRISSETTE,**

knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL,

s/Foreperson
FOREPERSON

s/John H. Campbell
RODGER A. HEATON
UNITED STATES ATTORNEY
TB