**E-FILED**
Friday, 29 September, 2006 04:18:47 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>Plaintiff )<br>)<br>) CASE NO. **06-20060**<br>)<br>**CHRISTOPHER MORRISSETTE** )<br>Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **4:00 P.M.** on **NOVEMBER 17, 2006,** before the Honorable Michael P. McCuskey.

    IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **NOVEMBER 27, 2006,** before the Honorable Michael P. McCuskey.

    **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 29th day of September, 2006.

                                                         S/ David G. Bernthal
                                                         DAVID G. BERNTHAL
                                                         U.S. MAGISTRATE JUDGE

06-20060 schedo.wpd