UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | NO:   CR 06-20060-001 |
| | ) | |
| CHRISTOPHER MORRISSETTE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR HUMANITARIAN RELIEF

NOW COMES the Defendant, CHRISTOPHER MORRISSETTE, by his attorney, Michael B. McClellan, and in support of his motion he states:

1. Defendant is incarcerated in the Ford County Jail, Paxton, IL., awaiting transfer to the Bureau of Prisons.

2. His aunt, Diane Grant, his father's last remaining sibling, has passed away after a long illness. Her funeral and visitation are scheduled to take place on one date, later this week, in the Kankakee area. Arrangements are still pending.

3. Defendant spent significant amounts of time with his aunt in his youth, and he seeks this last opportunity to pay his respects and grieve with family.

WHEREFORE, your Defendant, CHRISTOPHER MORRISSETTE, prays this Honorable Court grant his request to arrange an escorted visit to his aunt's funeral.

Respectfully submitted,

CHRISTOPHER MORRISSETTE, Defendant


By: s/Michael B. McClellan
Michael B. McClellan Bar Number 9667
Law Office of Michael B. McClellan, P.C.
102 E. Main St., Suite 301
Urbana, IL 61801
Telephone: (217) 352-0528
Facsimile: (217) 367-1335
E-mail: mbmcclellan@ameritech.net

## PROOF OF SERVICE

I hereby certify that on June 18th, 2007, an exact copy of Defendant's Motion For Humanitarian Relief was submitted via Electronic Filing System to:

Assistant United States Attorney
U.S. Department of Justice
Urbana Federal Building & U.S. Courthouse
201 South Vine Street, Suite 226
Urbana, IL 61802-3369

                                                              s/Michael B. McClellan
                                                                Michael B. McClellan Bar Number 9667
                                                                Law Office of Michael B. McClellan, P.C.
                                                                102 E. Main St., Suite 301
                                                                Urbana, IL 61801
                                                               Telephone: (217) 352-0528
                                                                Facsimile: (217) 367-1335
                                                                E-mail: mbmcclellan@ameritech.net

LAW OFFICE OF MICHAEL B. McCLELLAN, P.C.
County Plaza Bldg.
102 E. Main St., Suite 301
Urbana, IL 61801
Telephone: (217)352-0528
Facsimile: (217) 367-1335