E-FILED
Wednesday, 20 June, 2007  12:32:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-20060 |
| CHRISTOPHER MORRISSETTE, | ) |
| Defendant. | ) |

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S MOTION FOR HUMANITARIAN RELIEF

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its response to the defendant's motion for humanitarian relief. The government states as follows:

1.    The defendant was previously sentenced by this Court on June 1, 2007, to 106 months of imprisonment. He is detained in the custody of the U.S. Marshal and awaiting transport to a Bureau of Prisons facility.

2.    On June 18, 2007, the defendant filed a motion for humanitarian relief, requesting that he be allowed an escorted visit (presumably by the U.S. Marshals Service) to attend his aunt's funeral later this week. The defendant advised that funeral arrangements are pending.

3.    It is the government's understanding that the Marshals Service has an established procedure for approved furloughs for detained defendants. This procedure

requires a determination of the length of travel, number of deputy hours required, etc., and a determination of the total cost for such a furlough. Once the total cost is determined, the procedure requires the defendant to pay that cost up front prior to the furlough. The government has requested that the Marshals Service provide a copy of the established procedure to the Court and counsel for the defendant.

    4.    Assuming that the defendant will satisfy the U.S. Marshals Service's procedure for an approved furlough, the government has no objection to the defendant's motion for an escorted furlough to attend his aunt's funeral.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Assistant United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on the 20th day of June 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Counsel of record

                s/Timothy A. Bass
                TIMOTHY A. BASS
                Assistant United States Attorney
                201 S. Vine Street, Suite 226
                Urbana, Illinois 61802
                Phone: 217/373-5875
                Fax: 217/373-5891
                tim.bass@usdoj.gov